# In The United States Court of Federal Claims

No. 13-117C

(Filed: August 13, 2013)
_____

APTERYX, INC.,

           Plaintiff,

v.

THE UNITED STATES,

           Defendant.

_____

**ORDER**
_____

A telephonic preliminary status conference will be held in this case on Tuesday, August 27, 2013, at 10:00 a.m. (EDT).  Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

           s/ Francis M. Allegra
           Francis M. Allegra
           Judge