# In The United States Court of Federal Claims

No. 13-117C

(Filed: August 27, 2013)

_____

APTERYX, INC.,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

      Today, a status conference was held in this case. Participating in the conference were Richard E. Gaum, for plaintiff, and Ryan M. Majerus, for defendant. Pursuant to discussions during the conference:

1. On or before February 14, 2014, the parties shall conclude fact discovery; and

2. On or before February 21, 2014, the parties shall file a joint status report indicating a proposed schedule for expert discovery or, if the parties will not rely on expert witnesses, a joint status report indicating how this case should proceed, with a proposed schedule, as appropriate.

**IT IS SO ORDERED.**

                                                  s/ Francis M. Allegra
                                                  Francis M. Allegra
                                                  Judge