# In The United States Court of Federal Claims

No. 13-117C

(Filed: December 20, 2013)
_____

APTERYX, INC.,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**
_____

On December 19, 2013, the parties filed a joint motion for enlargement of the fact discovery deadline.  The motion is hereby **GRANTED**.  Accordingly, the court hereby adopts the following schedule:

1. On or before June 13, 2014, the parties shall conclude fact discovery; and

2. On or before June 20, 2014, the parties shall file a joint status report indicating a proposed schedule for expert discovery or, if the parties will not rely on expert witnesses, a joint status report indicating how this case should proceed, with a proposed schedule, as appropriate.

**IT IS SO ORDERED.**


                                            s/ Francis M. Allegra
                                            Francis M. Allegra
                                            Judge